IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RICKY W. WELLS, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:07CV27 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

      The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion for Summary Judgment as to Plaintiff James V. Rogers (document #66) be granted. Plaintiff filed written objections on March 27, 2008.

      Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

      In light of the foregoing, it is

**ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff James V. Rogers (document #66) is **GRANTED**. The claims of Plaintiff James V. Rogers are **DISMISSED** with prejudice because they are barred by the statute of limitations.

**SIGNED** this the 2 day of **April, 2008.**

_____
Thad Heartfield
United States District Judge