IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RICKY W. WELLS, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:07cv27 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff Conrad Lindquist's Motion for Partial Summary Judgment (document #192) be denied. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff Conrad Lindquist's Motion for Partial Summary Judgment (document #192) is **DENIED**.

**SIGNED** this the 3 day of **October, 2008**.

Thad Heartfield
United States District Judge